UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHNOY WALKER, | No. 2:25-cv-1523 CKD P |
| Plaintiff, | |
| v. | |
| SACRAMENTO COUNTY MAIN JAIL, et al., | ORDER |
| Defendants. | |

Plaintiff is a Sacramento County Jail prisoner proceeding pro se. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and both parties have consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

On October 7, 2025, plaintiff's amended complaint was dismissed with leave to amend. The second amended complaint was due on November 10, 2025, and plaintiff has not filed a second amended complaint. Plaintiff was warned that failure to file a second amended complaint would result in dismissal.

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 | See Local Rule 110; Fed. R. Civ. P. 41(b).

3 | Dated: November 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
walk1523.fta